### SALISBURY v. FAIRFIELD.

A ward has right to reside with his guardian and such residence gains no settlement.

ACTION to recover pay for supporting one Samuel Allen a pauper. Issue to the jury.

The pauper was born in A. D. 1757; his parents were then settled in Fairfield; afterwards his father died. His grandfather, who also was settled in Fairfield, took guardianship of him in A. D. 1764. His mother married another husband, whose name was Allen, and was also settled in Fairfield. In A. D. 1766 his mother and her husband removed to Stamford; and in A. D. 1768 his grandfather and guardian removed with him to Stamford, he then being eleven years old; and he lived with his guardian in Stamford until he was fourteen years of age, when he chose a guardian, and was bound an apprentice to a master settled in Stamford.

The question was — Whether the pauper had gained a settlement in Stamford. Verdict for the plaintiffs.

And by the COURT. The pauper's residing in Stamford as an apprentice gained no settlement; and his residing there with his guardian three years, gained no settlement, neither in right of his guardian, nor in his own right by commorancy; he was not a subject of being warned, nor might he be parted from his guardian during his minority; his residence therefore in Stamford was of necessity, and not by the approbation of the town of Stamford.

This judgment was affirmed in the Supreme Court of Errors.